O-1839
Overuled by court judgement
Sam F Patten V
Concho CO
D.C. Concho Co
No 9581

John Pettil    F66-801